## NEUMANN v. NEW YORK.

No. 40, Misc.   Decided October 10, 1966.

Per Curiam.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## McCLELLAN v. HUSTON.

No. 96, Misc.   Decided October 10, 1966.

*Albert E. Savoy* for appellant.

Per Curiam.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.